UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1024-JST(VBKx) | Date | September 21, 2010 |
|---|---|---|---|
| Title | TREVOR DOUGLAS v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)  ORDER ON TRANSFER OF CASE TO JUDGE TUCKER AND ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION;  RETURNABLE: OCTOBER 22, 2010**

   Pursuant to the Order of the Chief Judge, this matter has been reassigned for all further proceedings from the Hon. George H. Wu, to the calendar of Judge Josephine Staton Tucker, Ronald Reagan Federal Building & United States Courthouse, Courtroom 10A, 411 West Fourth Street, Santa Ana, California.  Substitution of the initials **JST** in place of the initials GW is necessary on all subsequent filings to prevent problems with electronic filing or delays in processing of documents. The case number shall now read **CV 10-1024-JST(VBKx)**.

   The Courtroom Deputy Clerk for Judge Tucker is Ellen Matheson, who can be reached at 714-338-4738.  Information regarding Judge Tucker's procedures may be found on the court's website at www.cacd.uscourts.gov > Judges' Procedures & Schedules.

   The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **October 22, 2010,** why this action should not be dismissed for lack of prosecution.  The Court notes in this regard, that absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint.  Fed. R. Civ. P. 4(m). An action may be dismissed prior to such time if plaintiff has not diligently prosecuted the action.  No oral argument will be heard unless otherwise ordered by the Court.

   The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  No response is required if responsive pleading(s) and/or proof(s) of service (indicating proper service in full compliance with the federal rules) as to the defendants have been filed on or before the date upon which the response is due.

   The order assigning this case to the Alternative Dispute Resolution program is ordered VACATED.

**cc:  ADR Manager**

| | Initials of Preparer | enm |
|---|---|---|